COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Robinson Helicopter Company, Inc.

Appellate case number:      01-15-01038-CV

Trial court case number:      2014-34635

Trial court:      11th District Court of Harris County

On December 7, 2015, relator, Robinson Helicopter Company, Inc., filed a petition for a writ of mandamus. Relator also has filed a "Motion for Emergency Stay," requesting that we stay the trial court's order compelling production of documents and the case in its entirety. The motion is **granted**. The November 19, 2015 "Order on Plaintiff's Motion to Compel Responses to Discovery" and the trial court proceedings in cause no. 2014-34635, *Nathan S. Ates, Individually and as Personal Representative of the Estate of Joyce A. Ates, Deceased; Sonia Ates and Nathan M. Ates v. Robinson Helicopter Company, Inc., Helicopter Services, Inc., and the Estate of Christopher Yeager*, in the 11th District Court of Harris County, are stayed. The stay is effective until disposition of the petition for a writ of mandamus or further order of this Court.

The Court requests a response to the petition from the real parties in interest. **The response, if any, is due to be filed with this Court no later than 21 days of the date of this order.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                 ☑ Acting individually      ☐ Acting for the Court

Date: December 17, 2015